## MAY and DANIELS v. KEEP.

1. CERTIORARI—SUPREME COURT.—The supreme court has authority to grant a common law *certiorari* returnable before it, to the judgment of a justice of the peace, and will allow the writ where an execution has issued on the judgment returnable before the next term of the circuit court in that county, security being first filed with the clerk.

2. SAME.—Upon application for such writ, cause must be shown why the application is made here, and not to the circuit court.

(1 *Chand.* 285.)

THIS was a motion made before the supreme court at the June term, 1849, for the allowance of a common law *certiorari*, to remove the proceedings and judgment of the justice before whom the same was tried, to this court. This motion was founded upon a petition showing a judgment rendered against the applicants by the justice, and also the errors in the proceedings and judgment before him, and showing also an an excuse on the part of the defendants, for not having availed themselves of the benefit of an appeal from the judgment, to the circuit court. The petition prayed the allowance of the common law *certiorari*, by this court, because the circuit court within the jurisdiction of which the matter arose, would not be in session before the execution already issued on the judgment would be returnable.

*J. A. Sleeper*, in support of the motion, cited the following authorities : Sess. Laws of 1844, § 4, p. 17 ; §§ 3 and 8 of art. 7, of the Const.; 5 Wend. 98 ; 7 id. 667, 508 ; 7 Cow. 537 ; 9 Wend. 433.

The court determined that it had the power to authorize the issuing of the writ; but in ordinary cases would not feel itself bound to allow it indiscriminately, where there was an opportunity of making application to a circuit court at a term of such a court, and in accordance with this view of the case ordered that the writ issue in case a bond should be executed and filed with the clerk by the parties making this motion.